AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Telephone:

Deputy: Robert Boyd, USMS Telephone: (313) 818-4490

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Sergio Bennett

Case No.

Case: 2:26−mj−30678
Assigned To : Unassigned
Assign. Date : 10/28/2026
Description: RE: SERGIO BENNETT (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 22, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751 | Escape/Attempt of prisoner in custody due to felony |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Robert Boyd, Deputy U.S. Marshal

*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: October 28, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Deputy United States Marshal R. N. Boyd, after being duly sworn, deposes and says the following:

## INTRODUCTION

1. I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since March of 2025. I am currently assigned to the Eastern District of Michigan, and part of my duties also include working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, and daily work, to include but not limited to these types of investigations.

2. As a DUSM, I am authorized to investigate violations of laws of the United States. I am a law enforcement officer with authority to execute warrants issued under the authority of the United States. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 United States Code 751 (a), Escape.

3. The statements contained in this Affidavit are based on my experience and background as a DUSM and information provided by Officials from the Federal

Bureau of Prisons. I have not set forth every fact resulting from this investigation; rather I have set forth a summary of the investigation to date to establish that Sergio BENNETT, did escape the custody of the Federal Bureau of Prisons in violation of Title 18, United States Code, Section 751.

## PROBABLE CAUSE

4. On August 07, 2019, Sergio BENNETT was sentenced to 65 months in the custody of the Bureau of Prisons for Felon in Possession of a Firearm with 3 years of supervised release to follow his sentence. On June 13, 2022, BENNETT was received at FCI El Reno in El Reno, OK to serve his sentence.

5. On June 17, 2026, the BOP transferred BENNETT from USP McCreary to Cherry Health, Community Center 8833 Townsend Street, Detroit, Michigan 48213 to serve the remainder of his sentence. Cherry Health is a BOP residential re-entry center, or RRC. When BENNETT was transferred to Cherry Health, he remained in the custody of the Bureau of Prisons and had not yet completed his sentence.

6. BENNETT had an expected, good-time release date of January 07, 2027.

7. On October 22, 2026, at approximately 5:13 pm EDT, the FBOP Duty Officer was notified that BENNETT had walked out of the RRC facility without permission at approximately 4:45 pm EDT. RRC staff continued to monitor

BENNETT via GPS until he cut his GPS unit off at approximately 5:38 pm EDT. All attempts to contact BENNETT by the RRC staff yielded negative results. BENNETT was placed on escape status and the USMS was notified on October 26, 2026, at 6:10 pm EDT. At the time that the RRC staff notified the USMS of BENNETT'S escape, his whereabouts were unknown.

8. Since October 26, 2026, the United States Marshals Service (USMS), Detroit Fugitive Apprehension Team (DFAT) had been searching for BENNETT with negative results. DFAT was gathering more information regarding BENNETT and was currently attempting to determine his whereabouts, but BENNETT self-surrendered to the USMS cellblock located at the Theodore Levin United States Courthouse in Detroit, MI on October 27, 2026, at approximately 1209 hours.

## **CONCLUSION**

9. Based on the foregoing, there is probable cause to believe that Sergio BENNETT, an individual in the custody of the Federal Bureau of Prisons, escaped when he left the Cherry Health Community Center CCC, a residential re-entry center, located in Detroit, MI and did not return.

10. I respectfully request that this Court issue a complaint against Sergio BENNETT for violating Title 18, United States Code, Section 751.

Robert Boyd
Criminal Investigator, Deputy United States Marshal
United States Marshals Service

Sworn and subscribed before me this day 28th Day of October, 2026.

HON. David R. Grand
United States Magistrate Court Judge

Dated: October 28, 2026